UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **DONNIE SLOAN,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 1:11-CV-72 SNLJ(DDN) |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | ) ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation (#19), filed August 17, 2012.  Having duly considered the plaintiff's objections to said Report (#20), filed August 17, 2012,

**IT IS HEREBY ORDERED**  that the report and recommendation of United States Magistrate Judge David D. Noce, (#19), filed August 17, 2012, be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the relief which plaintiff seeks in his Complaint and Brief in Support of Complaint is **DENIED** and that Judgment shall be entered in favor of Defendant.

Dated this   17th   day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE